# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 151 EAL 2023

    Respondent    :

    :  Petition for Allowance of Appeal
    :  from the Order of the Superior Court

    v.    :

JOSE TORRES,    :

    Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :  No. 152 EAL 2023

    Respondent    :

    :  Petition for Allowance of Appeal
    :  from the Order of the Superior Court

    v.    :

JOSE TORRES,    :

    Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.